UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:19-cr-3-03
                                            HON. GORDON D. QUIST

ELIZABETH SILVIA MINNICK,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 7, 2019, for an arraignment and initial appearance on the indictment charging defendant with Conspiracy to Distribute Methamphetamine and Distribution of Methamphetamine. The government has filed a motion for detention and pretrial services has recommended the same.

Hearing on detention is scheduled for **March 12, 2019 at 2:00 p.m.** before Hon. **Ellen S. Carmody,** in Marquette, Michigan

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                            */s/ Timothy P. Greeley*
                                           TIMOTHY P. GREELEY
                                           UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2019